## UNITED TECHNOLOGIES CORPORATION, Plaintiff–Appellee,

v.

## CHROMALLOY GAS TURBINE CORPORATION, Defendant–Appellant.

### No. 01–1388.

United States Court of Appeals, Federal Circuit.

March 11, 2002.

Before LOURIE, GAJARSA, and PROST, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.